**No. 10-5256. Nathaniel L. Morris, Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 911, 131 S. Ct. 266, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 7083.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5259. Lakeithon M. Hall, aka Lakeithan Hall, Petitioner v. Mc-Kither Bodison, Warden.**

562 U.S. 912, 131 S. Ct. 267, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 6915.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 498.

**No. 10-5261. Jeffrey Shawn Henderson, Petitioner v. California.**

562 U.S. 912, 131 S. Ct. 267, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 6847.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5262. Efren Isanan, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 912, 131 S. Ct. 267, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 7438.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 453.

**No. 10-5264. Malik Alqadr Ihsaan, aka Roger Mayweather, Petitioner v. Timothy Wilkinson, et al.**

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 7268.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5265. Charles C. Graham, Petitioner v. Missouri.**

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 6907,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 306 S.W.3d 613.

**No. 10-5266. Keith Howard George, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 176, 2010 U.S. LEXIS 6824.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.